AO 440 (Rev. 1/90) Summons in a Civil Action

B-04CV010

**United States District Court**
**Southern District of Texas**
**FILED**

# RETURN OF SERVICE

FEB 2 0 2004

Michael N. Milby
Clerk of Court

Service of the Summons and Complaint was made by me[1]

DATE: 1/28/04

NAME OF SERVER (PRINT): Lisa Brodyaga

TITLE: Attorney

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Recieved for A.G. Winfrey, 01/28/04. [signature] Kennedy Stewart

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/20/04

Signature of Server: [signature]

Address of Server:
Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.