United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAFAEL RODRIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>A.G. WINFREY, et al.<br><br>    Respondents. | CIVIL ACTION NO.<br>B-04-10 |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in <u>Salazar-Regino v. Trominski.</u>, No. CA B-02-045, and the cases that have been consolidated with it.  <u>Salazar-Regino</u>, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492.  A final resolution of <u>Salazar-Regino</u>, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Petitioner requests that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.  The Respondents have agreed to include Petitioner's request in the proposed order granting the unopposed motion to hold the proceedings in abeyance.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases.  Further, the parties request that enforcement of the final removal order be stayed pending further

orders of this Court.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases.

>Respectfully submitted,
>
>MICHAEL T. SHELBY
>United States Attorney
>Southern District of Texas
>
>*/s/ M. Dowd*
>_____
>MARK M. DOWD
>Assistant U.S. Attorney
>600 E. Harrison, # 201
>Brownsville, Texas 78520
>Tel: (956) 548-2554
>Texas Bar No. 06070500
>Federal Bar No. 9314

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

_____
MARK M. DOWD
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Lisa S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, TX  78586

on this the 1st day of March, 2004.

_____
MARK M. DOWD
Assistant United States Attorney

4