AO 440 (Rev. 1/90) Summons in a Civil Action

B04-CV-10

United States District Court
Southern District of Texas
FILED

APR 0 9 2004

Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  
DATE: 3/2/04

NAME OF SERVER (PRINT): Lisa S. Brodyaga  
TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert. Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/31/04

Signature of Server

Lisa Brodyaga, Attorney  
REFUGIO DEL RIO GRANDE  
17891 Landrum Park Road  
San Benito, Texas 78586

Address of Server

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:  
John Ashcroft, #5111  
US Atty Gen.  
950 Penn. Ave NW  
Wash. DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature  
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No  
If YES, enter delivery address below:

MAR 2  2004

3. Service Type  
☒ Certified Mail  ☐ Express Mail  
☐ Registered  ☐ Return Receipt for Merchandise  
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0005 7027 1920

Domestic Return Receipt                    102595-02-M-154