IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



MAY 2 6 2006

| | |
|---|---|
| RAFAEL RODRIGUEZ ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-04-010 |
| A.G. WINFREY, et al. ) | |
| ) | |

**UNOPPOSED MOTION TO TRANSFER**

On May 11, 2005, the REAL ID Act of 2005 became law. The REAL I D Act, is found within Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231. Specifically, §106 of Title I ("Amendments to Federal Laws to Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." The effective date is May 11, 2005.

Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. This is such a case.

Therefore, Respondents move this case be transferred to the United States Court of Appeals for the Fifth Circuit under cause number 03-41492. Petitioner **does not** oppose the transfer.

Respectfully submitted,

DONALD J. DeGABRIELLE JR.,
United States Attorney
Southern District of Texas

_____
MARK M. DOWD
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, Texas, 78520
Tel: (956) 548-2554
Texas Bar No. 06070500
Federal Bar No. 9314

## CERTIFICATE OF NON OPPOSITION

Lisa M. Putnam, Special Assistant U.S. Attorney, has conferred with opposing counsel who is not opposed to this motion.

_____
MARK M. DOWD
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Unopposed Motion to Transfer was mailed on the 26th day of May, 2006, via first class mail, postage pre-paid, addressed to:

Lisa Brodyaga, Esquire
17891 Landrum Park Rd.
San Benito, TX  78586

_____
MARK M. DOWD
Assistant United States Attorney