IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAFAEL RODRIGUEZ ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-04-010 |
| A.G. WINFREY, et al. ) | |
| ) | |
| _____ ) | |

### ORDER

Upon consideration of Respondents' Unopposed Motion to Transfer,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is transferred to the Fifth Circuit Court of Appeals, where it has been docketed under 03-41492.

Dated this _____ day of _____, 2006, in Brownsville, Texas.

_____
United States Magistrate Judge