IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAFAEL RODRIGUEZ )
)
)
v. )
) CIVIL ACTION NO. B-04-010
A.G. WINFREY, et al. )
)
)

## ORDER

Upon consideration of Respondents' Unopposed Motion to Transfer,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is transferred to the Fifth Circuit Court of Appeals, where it has been docketed under 03-41492.

Dated this 30th day of May, 2006, in Brownsville, Texas.

United States Magistrate Judge