# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**June 6, 2006**

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re: **Rafael Rodriguez-Barajas**

VS.

**A.G. Winfrey et al**

**CA B-04-10**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of_**1**_ Volume(s) of the record; _**0**_ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

_____ **U.S. Magistrate Judge Felix Recio**_____

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Bertha A. Vasquez, Deputy Clerk

cc:  Elisabeth Lisa S. Brodyaga, 17891 Lamdrum Park Rd, San Benito, TX 78586
James L Turner, U.S. Attorneys' Office, P. O. Box 61129, Houston, TX 77208
Mark Michael Dowd, U.S. Attorney's Office, 600 E. Harrison, Ste. 201, Brownsville, TX 78520