UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

JUN 2 0 2006

Michael N. Milby
Clerk of Court

June 6, 2006

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re: Rafael Rodriguez-Barajas

VS.

A.G. Winfrey et al

**06 - 60555**

CA B-04-10

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of _1_ Volume(s) of the record; _0_ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

_____U.S. Magistrate Judge Felix Recio_____

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

U.S. COURT OF APPEALS
RECEIVED
JUN 0 8 2006
NEW ORLEANS, LA.

BY: _____
Bertha A. Vasquez, Deputy Clerk

cc: Elisabeth Lisa S. Brodyaga, 17891 Landrum Park Rd, San Benito, TX 78586
　　James L Turner, U.S. Attorneys' Office, P. O. Box 61129, Houston, TX 77208
　　Mark Michael Dowd, U.S. Attorney's Office, 600 E. Harrison, Ste. 201, Brownsville, TX 78520